UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81602-CV-MIDDLEBROOKS

NAREG KAVLAKIAN, individually and on
Behalf of all others similarly situated,

    Plaintiff,

v.

BLACKSTONE LABS, LLC, a Florida
limited liability company,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Stipulation of Dismissal with Prejudice, filed on August 7, 2019. (DE 40). Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' stipulation is self-executing and no Order of this Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

(3) Each Party shall bear its own fees and costs.

**SIGNED** in Chambers in West Palm Beach, Florida, this 9th day of August, 2019.

                                    Donald M. Middlebrooks
                                    United States District Judge

Copies to:    Counsel of Record